IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES EUGENE MOORE, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) CIVIL ACTION NO 19-599-CG-N ) |
| CLEO TOLLIVER, et al., | ) ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that summary judgment is **GRANTED** in favor of Defendants Lieutenant Cleo Tolliver and Warden Kenneth Peters and all claims presented by the Plaintiff are **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the 3rd day of September, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE