IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHARLES EUGENE MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO 19-599-CG-N |
| | ) |
| CLEO TOLLIVER, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Barry L. Motes, Jr. recover nothing, and the claims made against Defendants Lieutenant Cleo Tolliver and Warden Kenneth Peters are hereby **DISMISSED** with prejudice.

**DONE** and **ORDERED** this the 3rd day of September, 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE